UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CALDERON,<br><br>  Plaintiff,<br><br> v.<br><br>ROB BONTA, et al.,<br><br>  Defendants. | No. 2:23-cv-1064 WBS KJN P<br><br><br>ORDER |

  Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On August 3, 2023, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

  On August 10, 2023, plaintiff filed a motion for injunctive relief. (ECF No. 13.) Because the undersigned orders this action dismissed, plaintiff's motion for injunctive relief filed August 10, 2023 is denied.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 3, 2023, are adopted in full;

2. Plaintiff's motions for injunctive relief (ECF No. 9, 13) are denied; and

3. This action is dismissed.

Dated:  August 25, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/cald1064.804

2