UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JUAN CARLOS CALDERON,<br><br>        Plaintiff,<br><br>   v.<br><br>ROB BONTA,<br><br>        Defendant. | No. 2:23cv01064-WBS-KJN P<br><br>Ninth Circuit No. 23-2515<br><br>ORDER |

----oo0oo----

After the court adopted the Magistrate Judge's Findings and Recommendations and dismissed the case, plaintiff appealed. (See Docket Nos. 12, 16, 18.) The Ninth Circuit has now referred the matter back to this court "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith" under 28 U.S.C. § 1915(a)(3) and Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002). (Docket No. 23.)

For the reasons discussed in the Magistrate Judge's Findings and Recommendations, the court finds that plaintiff's

1

appeal is frivolous.  As noted by the Magistrate Judge, plaintiff raises claims that are "vague and conclusory and largely unbelievable."  (See Docket No. 12 at 3.)  As one example, plaintiff alleges that defendant Bonta and Does 1-25 subjected him to illegal surgeries against his will for the purpose of implanting a chip to monitor his brain activities.  (Docket No. 9 at 4.)  While some of plaintiff's claims are somewhat more believable, he still has not alleged how defendant Bonta or the Doe defendants are linked to any of the alleged violations of his rights, or when, where, or by whom these violations occurred.  (See Docket 12 at 3.)

In light of the deficiencies identified by the Magistrate Judge, which plaintiff wholly failed to address in his amended complaint, the court finds that plaintiff's appeal is frivolous and is not taken in good faith.  Accordingly, plaintiff's in forma pauperis status is hereby REVOKED.  See Hooker, 302 F.3d at 1092.  The Clerk of Court shall promptly notify the Ninth Circuit and the parties of this determination and order.

IT IS SO ORDERED.

Dated: October 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE