1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11

12   JUAN CALDERON,                      No. 2:23-cv-1064 WBS KJN

13              Plaintiff,

14       v.                              ORDER

15   ROB BONTA, et al.,

16              Defendants.

17

18                          ----oo0oo----

19        Plaintiff filed this suit against Attorney General Rob

20   Bonta and Doe defendants asserting a litany of claims, including

21   the implantation of a chip to monitor his brain activity, sexual

22   experimentation, confiscation of his mail, improper disclosure of

23   his prison files, and denial of health care.  (Docket No. 1.)

24   The Magistrate Judge dismissed the original complaint because (1)

25   defendant Bonta had absolute immunity for those claims against

26   him based on his official duties; (2) plaintiff had not pled

27   sufficient facts linking defendant Bonta to the alleged

28   deprivations; and (3) plaintiff's claims were vague, conclusory,

                                  1

1  and largely not believable.  (Docket No. 6.)

2          Plaintiff then filed an amended complaint, which the

3  Magistrate Judge recommended be dismissed for the same reasons.

4  (Docket Nos. 9, 12.)  The court adopted the Magistrate Judge's

5  Findings and Recommendations and dismissed the case and also

6  denied plaintiff's motion for injunctive relief in light of the

7  dismissal of the case.  (Docket Nos. 13, 16.)

8          Plaintiff then appealed.  After the Ninth Circuit

9  remanded the case to the undersigned to determine whether

10 plaintiff's in forma pauperis ("IFP") status should continue for

11 the appeal, the court found the appeal was frivolous and revoked

12 plaintiff's IFP status.  (Docket Nos. 23, 26, 30.)  The Ninth

13 Circuit then dismissed the appeal after plaintiff failed to file

14 a statement explaining why the case was not frivolous and should

15 go forward.  (Docket No. 32.)

16         While plaintiff's appeal was pending, he submitted

17 three additional filings which appear to request injunctive

18 relief for reasons related to those discussed in his complaints.

19 (Docket Nos. 25, 27, 28.)  The Magistrate Judge now recommends

20 that the motions for injunctive relief be denied because they

21 were filed while his appeal was pending and this action ended

22 once the Ninth Circuit dismissed his appeal.  (Docket No. 34

23 (citing, inter alia, Griggs v. Provident Consumer Discount Co.,

24 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal . . .

25 confers jurisdiction on the court of appeals and divests the

26 district court of its control over those aspects of the case

27 involved in the appeal."); Hall v. Hall, 138 S. Ct. 1118, 1123-24

28 (2018) (a final decision ends the litigation on the merits and

1  leaves nothing for the court to do but execute the judgment).)

2  The Magistrate Judge's order also contained notice to the

3  plaintiff that any objections to the Findings and Recommendations

4  were to be filed within fourteen days.  Plaintiff did not file

5  any objections.

6        Because plaintiff's pending motions appear to request

7  the same relief he requested in his original and amended

8  complaints, based on the same conduct discussed in those

9  complaints, the court agrees that it did not have jurisdiction to

10  consider the motions while his appeal was pending.  See Griggs,

11  459 U.S. at 58.  However, now that the appeal has concluded, the

12  court will construe plaintiff's motions as requests for relief

13  under Federal Rule of Civil Procedure 60(b).  The court will deny

14  the requests, as plaintiff has shown no error in the court's

15  prior rulings or any other reason that would justify relief from

16  final judgment, even assuming such motions were timely.

17  Moreover, because plaintiff has not stated a claim against

18  defendant Bonta, there is no basis for injunctive relief.

19        Accordingly, IT IS HEREBY ORDERED that:

20     1.  The Findings and Recommendations filed January 26, 2024

21  (Docket No. 34) are adopted to the extent they are not

22  inconsistent with this order; and

23     2.  Plaintiff's pending motions (Docket Nos. 25, 27, 28) are

24  denied.

25  Dated:  March 4, 2024

26

27  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

28