UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JUAN CARLOS CALDERON,

    Plaintiff,

  v.

ROB BONTA,

    Defendant.

No. 2:23-cv-1064 WBS CSK

ORDER

----oo0oo----

On February 2, 2026, plaintiff Juan Carlos Calderon, who proceeds pro se, filed two motions under Federal Rule of Civil Procedure 60 to set aside the judgments issued against him in Case Nos. "2:21-cv-3487 DMC,"[1] 2:23-cv-1064 WBS CSK, and 2:23-cv-1974 DJC DB.  (Docket No. 39 at 2[2]; Docket No. 41.)  Plaintiff

_____

[1]  The court cannot identify any case bearing this number.

[2]  Plaintiff's motion also seeks relief from the judgments in Case Nos. 2:21-cv-1896 TLN CKD, 2:23-cv-212 TLN EFB, 2:23-cv-1971 DC CKD, and 2:23-cv-1973 WBS JDP (which plaintiff mistakenly lists this case as being no. "2:23-cv-1973 DJC" (See Docket No. 39 at 2.)), however the court will not consider his motion as to those cases because he has filed separate motions

1

argues the judgments in these cases "were caused by clear and blatant mistakes, inadvertences [sic], and excusable neglect" pursuant to Rule 60(b)(1).  (Id. at 3–4.)  However, plaintiff's motions are untimely.

Rule 60(c) provides that "[a] motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding."  Fed. R. Civ. P. 60(c).  Thus, because judgment in each of the referenced cases was entered more than one year before plaintiff filed the present motions, the court finds he is not eligible for relief under Rule 60.  See id.

IT IS THEREFORE ORDERED that plaintiff's motions to set aside judgments (Docket Nos. 39, 41) be, and the same hereby are, DENIED.

Dated:  February 9, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

for reconsideration in each case.

2