UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS CALDERON,

Plaintiff,

v.

ROB BONTA,

Defendant.

No. 2:23-cv-1064 WBS CSK P

ORDER

On February 26, 2026, plaintiff filed a pleading docketed as “Notice re: False Imprisonment.” (ECF No. 43.) On March 2, 2026, plaintiff filed a pleading docketed as a request for judicial notice. (ECF No. 44.) On March 12, 2026, plaintiff filed pleading docketed as “Notice re: Government Corruption.” (ECF No. 45.) This civil rights action was closed on August 28, 2023. (ECF Nos. 16, 17.) Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

IT IS SO ORDERED.

Dated: July 28, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

cald1064.58/2